■ Sarah Isacowitz, Respondent, v. Bernard Isacowitz, Appellant, and Stuart Isacowitz et al., Interpleaded Defendants-Appellants.— In an action to recover the value of certain United States Government bonds, claimed to have been converted, and for other relief, the original defendant and the impleaded defendants appeal from a judgment of the Supreme Court, Queens County, entered December 23, 1959, after a nonjury trial, which is in favor of the plaintiff against the original defendant and which dismisses the complaint of the original defendant against the impleaded defendants. Judgment affirmed, with costs against the original defendant. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Accounting of Norman D. Archer, as Executor of Violet B. Edwards, Deceased, Appellant. Eula Luncheon et al., Respondents.— In a contested accounting proceeding, the petitioner-executor-accountant appeals from a decree of the Surrogate's Court, Queens County, dated May 28, 1959, insofar as it sustains certain objections to his amended account, and from an order of said court, dated the same day, denying his motion for a new trial. Petitioner also appeals from two decisions of said court, dated, respectively, February 16, 1959, and March 18, 1960. Decree, insofar as appealed from, and order affirmed, without costs. No opinion. Appeals from decisions dismissed, without costs. No appeal lies from a decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of Walter Moravsky, Appellant, v. Charles L. Curran et al., Constituting the Municipal Civil Service Commission of the City of Yonkers, Respondents.— In a proceeding under article 78 of the Civil Practice Act to review a determination of the respondent City Manager of the City of Yonkers, the petitioner appeals from an order of the Supreme Court, Westchester County, dated February 10, 1959, dismissing his petition and the proceeding. Petitioner, a World War II veteran, alleges that he had been passed over or rejected for appointment to the position of Patrolman in the Bureau of Police in the City of Yonkers, even though: (a) his name appeared on the list of those eligible for such appointment; (b) he had successfully passed the competitive and other examinations; and (c) he had been certified as eligible and qualified by the respondent Municipal Civil Service Commission. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.